## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MEYERS DIVISON

GAIL CASSIDY,

     Plaintiff,                     CASE NO.

v.

CRA COLLECTIONS, INC a/k/a REVENUE
COLLECT,

     Defendant

_____/

### PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, GAIL CASSIDY ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, CRA COLLECTIONS, INC a/k/a REVENUE COLLECT ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1.     Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2.     Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy.

3.     Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

4.     Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5.    Plaintiff is a natural person who resides in Arcadia, Desoto County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6.    Plaintiff is informed, believes, and thereon alleges, that Defendant is a company with a business office located in Mechanicsburg, Pennsylvania.

7.    Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8.    Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

9.    Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

10.    Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11.    Defendant sent a collection letter to Plaintiff's employer (see Exhibit A).

12.    Defendant deliberately changed the address Plaintiff had provided to the address of Plaintiff's employer.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

13. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

a) Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff;

b) Defendant violated *§1692c(b)* of the FDCPA by communicating with Plaintiff's employer in connection with the collection of Plaintiff's debt;

c) Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by deliberately changing the address Plaintiff provided to the address of Plaintiff's employer.

d) Defendant violated *§1692e(10)* of the FDCPA by sending a collection letter to Plaintiff's employer.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

14. Statutory damages of $1000.00, pursuant to the FDCPA, 15 U.S.C. 1692k.

15. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k.

16. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: _____

James Pacitti
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Phone:  (323) 988-2400 x230
Fax:     (866) 802-0021
jpacitti@consumerlawcenter.com
Attorney for Plaintiff
FBN: 119768

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, GAIL CASSIDY hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF FLORIDA)

Plaintiff, GAIL CASSIDY, says as follows:

1. I am a Plaintiff in this civil proceeding
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, GAIL CASSIDY, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: _10/12/2010_

_GAIL CASSIDY, Plaintiff_

VERIFIED COMPLAINT                                    4

**EXHIBIT A**



Date : 08/11/10
RE : SEE BELOW
Revenue Collect Account : 0005276163

Total Amount Due : $ 2,281.62

Dear Gab Robbins–60302:

Please be advised that the above referenced account has been placed with our office for the purposes of recovering the monies that are owed to our Client by you for the healthcare that was provided. It is our understanding that you have been previously contacted regarding this unpaid debt and it has now been sent to us for resolution.

If you have already paid this, kindly provide proof of payment, otherwise, please review your records and reply accordingly.

Thank you in advance for your attention to this matter. Your resolution is appreciated by SEE BELOW. Should you have any questions or comments, please contact us at (866)-790-8734. We will be glad to assist you.

**We are also available by email at customercare@revenuecollect.com; payments may be made at www.payrevenuecollect.com.**

Sincerely,

Collection Department
(866)-790-8734

| Regarding | Original Amount(s) | Charge(s)/Fee(s) | Amount Due |
|---|---|---|---|
| DESOTO MEMORIAL | $2,244.62 | $.00 | $2,244.62 |
| DESOTO MEMORIAL | $37.00 | $.00 | $37.00 |
| | | Total Amount Due: | $2,281.62 |

This communication is from a debt collector. This notification is an attempt to collect a debt and any information obtained will be used for that purpose.

---

Please make sure address appears through window

P.O. Box 2103
Mechanicsburg, PA  17055-2103

Date: 08/11/10

CRAU/0005276163/351      150024657556      0000012877000000006

Gab Robbins–60302
Gail Cassidy
3 Campus Dr
Parsippany, NJ  07054-4404

CARDHOLDER NAME:

VISA ☐

CARDHOLDER SIGNATURE:

CREDIT CARD
MasterCard ☐     NUMBER:

EXPIRATION DATE:                    PAYMENT AMOUNT:

DISCOVER ☐     SECURITY CODE:           $

Revenue Collect Account:  0005276163         Total Amount Due:
                                              $ 2,281.62

Revenue Collect
P.O. Box 2103
Mechanicsburg, PA  17055-2103